UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARBARA D. TRACY, | NO. CV 05-3365 FFM |
| Plaintiff, | |
| v. | JUDGMENT OF REMAND |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated May 27, 2010.

DATED: May 27, 2010

    /S/ FREDERICK F. MUMM
    FREDERICK F. MUMM
    United States Magistrate Judge