1  Marc V. Kalagian
   Attorney at Law: 149034
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rk_sslaw@speakeasy.net
5
   Attorneys for Plaintiff
6  Barbara Tracy

7

8             **UNITED STATES DISTRICT COURT**
              **CENTRAL DISTRICT OF CALIFORNIA**
9                    **WESTERN DIVISION**

10

11 BARBARA TRACY,              ) Case No.: 2:05-cv-3365 FFM
                               )
12        Plaintiff,           ) {PROPOSED} ORDER AWARDING
                               ) EQUAL ACCESS TO JUSTICE ACT
       vs.                     ) ATTORNEY FEES AND EXPENSES
13                             ) PURSUANT TO 28 U.S.C. § 2412(d)
   MICHAEL J. ASTRUE,          ) AND COSTS PURSUANT TO 28
14 Commissioner of Social Security, ) U.S.C. § 1920
                               )
15        Defendant            )
                               )
16 _____)

17
       Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, IT IS ORDERED that EAJA are awarded the amount
19
   of FOUR THOUSAND EIGHT HUNDRED SEVENTY FIVE DOLLARS
20
   ($4,875.00), subject to the terms of the stipulation.
21
   DATE:  October 19, 2010
22
                        _____ /S/ FREDERICK F. MUMM
23 _____
                        THE HONORABLE FREDERICK F. MUMM
24                      UNITED STATES MAGISTRATE JUDGE

25

26

-1-